**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CATHERINE EVANS HARVILL                                                                    PLAINTIFF

v.                                            No. 4:12CV00319 JLH

F. EVANS HARVILL;
and REGIONS BANK                                                                         DEFENDANTS

**ORDER**

      Each of the defendants has filed a motion to dismiss or, in the alternative, to transfer venue. The time has expired for the plaintiff to respond to the motions, but no response has been filed. The Court directs the plaintiff to file a response to the motions to dismiss or to transfer within seven days from the entry of this Order. If no response is filed within seven days, the Court will assume that the plaintiff does not object to the motions and will act accordingly.

      IT IS SO ORDERED this 17th day of July, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE